PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_Dallas_ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 28 2025
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Benny Breathett
Plaintiff's Name and ID Number

~~Dothn~~ Boyd Unit
Place of Confinement

CASE NO. 3-25CV0507-E
(Clerk will assign the number)

v.

UTMB Employee
Kenneth Emordi
Defendant's Name and Address

200 Spur 113, Teague, TX 75860
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES __(NO)
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

2

II.   PLACE OF PRESENT CONFINEMENT: _Powledge Unit - 1400 FM 3452 Palestine TX 75803_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     _X_ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _Benny Brecthett 1400 FM 3452 Palestine, TX 75803_

B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Provider Kenneth Emordi, NTMB, Boyd Unit 200 Spur 113 Teague TX 75860_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Refuse to get me the medical attention that I needed_

Defendant #2: _& Kristi Johnson - Clinic Manager, Boyd Unit 200 Spur 113 Teague TX 75860_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Witness my condition_

Defendant #3: _Sharon Lucas Registered Nurse Boyd Unit 200 Spur 113 Teague TX 75860_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Witness my condition_

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I INMATE: BREGTHETT, BENNY #1242210, BRING THIS CLAIM against UTMB, EMPLOYEE, KENNETH ENLORDL, EMPLOY AT TDCJ, Boyd UNIT, TEAGUE TX, I INMATE: BREGTHETT, Had been diagnois WITH A L-4 DIS-HERNIA IN 2016, WELL IN 2023, I STARTED TO have pain IN my lower BACK AND TINKLING IN both of my LEGS, IN November-2823, I WENT TO THE INFIRMARY AND SEEN PROVIDER: KENNETH EMORDL, AND EXPLAIN TO HIM MY PROBLEM WITHOUT being EXAMINE HE INFORM ME THAT IT was old age and That my problem WERE only ARThrits, AFTER Ward My problem STart TO progress I Stared To lose My Blance when I walk, I Start To have abdominal pain and probie with

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO Compensate Me For my pain and Suffering and mental Stress

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

ADC # 78374

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  (NO)

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?   ____YES ____NO

4

My urine, I was place on a cain I end up falling in the shower area, I was then place with a walker, I end up and couldn't hold my blance, I presented Provider: Kenneth Emordi, with my paper work showing that I had been diagnois with a L-4-Dis-Herna and requested to go back to UTMB for another MRI. Instead he refuse and said he was going to put me in for physical therapy and place me on muscel relaxer, I then stated again that I need to go back to UTMB for a MRI, and that I don't need physical therapy. At that point Provider: Kenneth Emordi, place me in a wheelchair, before leaving medical I had the opportunity to speak with his supervisor which is Kristi Johnson, who is the clinic manager, after speaking with the clinic manger, and showing her my paper work she then ask me why didn't he just send me back to UTMB, on on 11-14-23, I was transfer to the infirmary due to my pain by Sgt. Marco Garza, Lt. Misty J. Ambrose, I was then seen by the doctor on telehealth after explaining my pain that I was having in my abdominal area after explaining she then order Sgt. Marco Garza to get me to ER medical soon after arriving there and being seen by Nurse Cox, and finding that my bladder was over flooded.

Transfer to the hospital
by
Officer's: Kimberly J. IV
           Katherine Spires IV



    C. Has any court ever warned or notified you that sanctions could be imposed?  \_\_\_\_\_YES \_\_\_**NO**

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division):_____

        2. Case number:_____

        3. Approximate date warning was issued:_____

Executed on: _____
               DATE

*Benny Broadnett #124220*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20_____.
           (Day)                         (month)              (year)

*Benny Broadnett #124220*
(Signature of Plaintiff)

**WARNING**: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5



B2/

# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: BREATHETT B.   TDCJ # 1242210
Unit: POLUNSKY   Housing Assignment: ~~15-17~~ 15.21
Unit where incident occurred: Boyd Unit

**OFFICE USE ONLY**
Grievance #: 2024041610
UGI Recd Date: MAR 0 5 2024
HQ Recd Date: MAR 0 8 2024
Date Due: 4-19-2024
Grievance Code: 602
Investigator ID#: I0352
Extension Date: RN to inmate MAY 2 8 2024
AUG 0 8 2024

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I'M NOT SATISFY WITH THE STEP-1 BECAUSE I FEEL IT WASN'T THOROUGHLY INVESTIGATED, "YEAH" I MIGHT HAVE MISCALCULATE THE DATE ON THE STEP ONE BUT THAT DOSEN'T EXCUSE THE FACT THAT PROVIDER K-EMORDI WERE MY CHRONIC CARE PROVIDER AND I WAS ATTEND TO BY PROVIDER K-EMORDI FOR MY MEDICAL ISSUES ABOUT MY LOWER BACK PAIN I PRESENTED K-EMORDI WITH PAPER WORK SHOWING THAT I HAD BEEN DIAGNOSIS WITH A L-4 DIS- HERNIA UPON SHOWING MY PAPER WORK I REQUEST TO GO BACK TO UTMB AND HAVE ANOTHER MRI DONE BEFORE MY CONDITION PROGRESS, BUT I WAS TOLD BY PROVIDER K-EMORDI THAT IT WAS NOTHING BUT OLD AGE SETTING IN WITH ARTHRITIS AND THAT I NEED TO EXERCISE MY LEG DUE TO MY AGE, AS MY CONDITION PROGRESS INSTEAD OF SENDING ME TO UTMJ, PROVIDER K-EMORDI SET ME UP TO GO TO PHYSICAL THERAPY WELL WAITING FOR A DATE TO BE SET FOR ME TO GO TO PHYSICAL THERAPY MY CONDITION PROGRESS, WELL ON 11-6-23 AFTER FALLING WITH THE CAIN AND INDECENT COMMAND SYSTEM WAS CALL FOR MEDICAL AFTER BEING SEEN BY PROVIDER K-EMORDI I WAS PLACE ON A WALKER, AFTER MY CONDITION WORSEN AND FALLING WITH THE WALKER ON 11-09-23 PROVIDER K EMORDI PLACE ME INTO A WHEELCHAIR AS MY CONDITION CONTINUE TO WORSEN ON 11-14-23 AFTER BEING SEEN BY THE DOCTOR ON TELEHEALTH SHE THEN ORDER THE OFFICER TO GET ME TO ER MEDICAL SOON AFTER BEING SEEN BY NURSE COX TO FIND OUT MY ABDOMINAL PAIN WAS CAUSE FROM MY BLADDER BEING OVER FLOODED NURSE COX THEN STATED TO ME THAT HE WAS GOING TO STIPULATE IN MY PAPER WORK FOR THE PROVIDER ON THE UNIT TO GET ME TO SEE RADIOLOGY SOON AS POSSIBLE, WELL ON 11-15-23, I WAS CALL TO THE INFIRMARY AFTER TELLING K-EMORDI ABOUT WHAT THE NURSE SAID HE STATED IF IT WAS THAT SERIOUS THEN THEY SHOULD HAVE SENT YOU TO UTMB, WELL ON 11-20-23 OFFICER-PEEVEY SENT ME TO THE INFIRMARY AFTER BEING PROVIDER K-EMORDI STATED I DIDN'T HAVE A LAY-IN FOR MY ISSUES THAT HE COULDN'T SEE ME, AFTER SEEING I HAD A VERTICAL INSIDE

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

My points after I request to go to the hospital to K-EMORI. Then she stated I am going to bring you and seen you back to your wing, after having the nurse to get a cotherter he try to insert it and blood and puss came out the nurse then stated he infected at that point he he no choice but to sent me back to ER. After arriving at ER. They had to sent me to the hospital after arriving there I had to be admitted my bladder was infected and also my kidney my bladder was on the busting point K-EMORI allow my condition to worsen my medical condition was unequivocally preventable. The 18'count lawsuit claims violations of the federal emergency medical treatment and labor act, I wasn't transfer to carole young until 11-22-23 the PM during

Offender Signature: Anrethett R.            Date: 3-4-~~23~~ 24

## Grievance Response:

In your Step 1 medical grievance you reported the unit provider neglected to provide you with medical care.

An appellate review of the medical grievance and clinical records has been completed. Your concern has been referred to the University Medical Management Team for further review.

If you feel your condition has changed, worsened, or you are not receiving adequate medical care, you may submit a sick call request (SCR) or I-60 to be scheduled for assessment by the licensed medical staff.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**           04/29/2024
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____     Date: _____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**
**Initial Submission**       CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

**2nd Submission**          CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

**3rd Submission**          CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)                              Appendix G

Benny Brethett
1400 FM 3452
Palestine, Texas 75803



RECEIVED - 5
FEB 28 2025
MAILROOM

X-RAY

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St, Room 1452
Dallas, TX 75242-1310