6:25-CV-118

FILED
May 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY lad
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION,

BENNY BREATHETT #1242210
V.
KENNETH EMORDI, ET Al.

CIVIL ACTION NO: 3:25-CV-00507-E-BH

DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, BENNY BREATHETT, AM THE PETITIONER/PlAINTIFF IN THE ABOVE ENTITLED CASE. IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES OR COST OR GIVE SECURITY THEREFORE. I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COSTS OF SAID PROCEEDING OR TO GIVE SECURITY THEREFORE, AND THAT I BELIEVE I AM ENTITLED TO REDRESS.

I DECLARE THAT THE RESPONES WHICH I HAVE MADE BELOW ARE TRUE.

1. IF YOU ARE PRESENTLY EMPLOYED, STATE THE AMOUNT OF YOUR SALARY WAGE PER MONTH, AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER N/A.

2. IF YOU ARE NOT PRESENTLY EMPLOYED STATE THE DATE OF LAST EMPLOYMENT AND AMOUNT OF SALARY PER MONTH THAT YOU RECEIVE AND HOW LONG THE EMPLOYMENT LASTED.

3. HAVE YOU RECEIVED, WITHIN THE PAST TWELVE MONTHS, ANY MONEY FROM ANY OF THE FOLLOWING SOURCES:

A. BUSINESS, PROFESSION OR FORM OF SELF EMPLOYMENT?
YES____ NO N/A

B. RENT PAYMENTS, INTEREST OR DIVIDENDS?
YES____ NO N/A

C. PENSIONS, ANNUITIES, OR LIFE INSURANCE PAYMENTS?

YES ______ NO N/A

D. GIFTS OR INHERITANCES?

YES ______ NO N/A

E. ANY FORM OF PUBLIC ASSISTANCE?

YES ______ NO N/A

F. ANY OTHER SOURCES?

YES ✓ NO ______

IF THE ANSWER TO ANY OF QUESTIONS (A) through (F) is YES. DESCRIBE EACH SOURCE OF MONEY AND STATE THE AMOUNT RECEIVED FROM EACH during THE PAST MONTHS. I RECEIVE $40. OR SO FROM A FRIEND EVER SO OFTEN.

4. DO YOU HAVE ANY CASH OR MONEY IN A CHECKING OR SAVINGS ACCOUNT? NO!
IF THE ANSWER IS YES, STATE THE TOTAL VALUE OWNED.

5. DO YOU OWN ANY REAL ESTATE, STOCK, BONDS, NOTES, AUTOMOBILES, OR VALUABLE PROPERTY (INCLUDING ORDINARY HOUSEHOLD FURNISHINGS AND CLOTHING)? NO!
IF THE ANSWER YES STATE THE TOTAL VALUE OWNED. NONE.

6. LIST THE PERSON(S) WHO ARE DEPENDENT ON YOU FOR SUPPORT, STATE YOUR RELATIONSHIP TO THOSE PERSON(S). AND INDICATE HOW MUCH YOU CONTRIBUTE TOWARD THEIR SUPPORT AT THE PRESENT TIME. NONE!

8. State any special financial circumstances which the court should consider in this application. N/A

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of May, 20 25

Breathett Berry
Signature

12-25-60
Date of Birth

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
Social Security Number

BENNY BREATHETT #1242210
TDCJ JESTER [illegible]
3 JESTER ROAD
Richmond, TX 77406




LEGAL
mail

LEGAL
mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

HOUSTON TX RPDC 77
13 MAY 2025 AM

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

RECEIVED
MAY 16 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________
DEPUTY CLERK

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2293 6605 48